FILED

2017 Nov-07  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **AMBERLY FORTENBERRY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 5:17-CV-01608-HNJ** |
| | ) | |
| **GEMSTONE FOODS, LLC;** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

### REPORT OF PARTIES' PLANNING MEETING

The following Counsel participated in a Rule 26(f) conference and, pursuant to the Court's Order, dated August 16th, 2017 (doc. 17), hereby request that the Court enter the following scheduling order:

Representing the Plaintiff:     B. Scott Shipman

Representing the Defendant:  John W. Sheffield and Robert Evans Sanders

It is hereby ORDERED as follows:

This case is to be tried by struck jury.

**1.     EXTENSIONS FOR THE DEADLINES SET FOR DISCOVERY CUTOFF AND DISPOSITIVE MOTIONS WILL NOT BE EXTENDED ABSENT GOOD CAUSE SHOWN.**

2.     **Discovery:** All discovery is to be commenced in time to be completed by June 1st, 2018.

3.     **Initial Disclosures**: The parties shall exchange by November 30th, 2017 the information required by Local Rule 26.1(a)(1).

4.     **Electronically Stored Information**: A producing party may initially produce

electronic or computer-based information in a searchable PDF format rather than the native electronic format. Upon written request by the opposing party, however, the producing party will produce in native electronic format unless the producing party has good cause for not doing so. Within 10 days of any written request, the producing party will either produce in native format or object in writing to producing in native electronic format.  Should it become necessary for any Defendant to conduct searches of ESI to retrieve documents responsive to requests for production, Defendant will consult with Plaintiff regarding the parameters of the data being searched, including the searchable fields, the best method of production, the search terms to be used, the software being used, and other relevant matters, in accordance with Fed. R. Civ. P. Defendant will conduct quality assurance testing to see if the search terms produce reasonably responsive ESI and limited false positives.  The parties will confer in good faith regarding any production issues before submitting a dispute to the Court.

5.      **Limitations on Interrogatories:** Maximum of 25 interrogatories (including discrete subparts) by each party to any other party. Responses due 30 days after service.

6.      **Limitations on Requests for Production:** Maximum of 40 requests for production (including discrete subparts) to any other party. Responses due 30 days after service.

7.      **Limitations on Requests for Admission:** Maximum of 40 requests for admission by each party to any other party. Responses due 30 days after service.

8.      **Limitations on Depositions:** Maximum of 10 depositions by Plaintiff and 10 by Defendant(s).  Each deposition is limited to a maximum of 8 hours unless extended by agreement of the parties or order of the Court.

9.      **Reports from retained experts under Fed. R. Civ. P. 26(a)(2)**: Due from Plaintiff by March 31st, 2018, and from Defendant(s) by April 30th, 2018.

10. **Supplementation of disclosures and discovery under Fed. R. Civ. P. 26(e):**
Due as soon as reasonably possible after new information is discovered, but no later than April 30th, 2018.

11. **Parties and Pleadings:** Plaintiff is allowed until January 15th, 2018, to join additional parties and to amend the pleadings. Defendant(s) are allowed until January 31st, 2018 to join additional parties and amend the pleadings.[1]

12. **Dispositive Motions:** All potentially dispositive motions should be filed by July 1st, 2018.

13. **Final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) and lists of deposition designations for trial testimony** must be served and filed 30 days before trial.[2] Objections to final lists of witnesses and exhibits must be served and filed 15 days prior to trial.

14. **Motions in Limine:** All Motions in Limine should be filed **15 days prior to trial**.

15. **Additional Conferences:**   **Final Pretrial Conference scheduled September 3rd, 2018**.

16. The case will be ready for trial by November 1st, 2018.

17. Trial is expected to take 3 to 4 days.

DONE AND ORDERED this _____ day of November, 2017.

---

[1] Any Amended Complaint must comply with Fed. R. Civ. P. 8(a), 10(b) and 11(b).
[2] Unless specifically agreed by the parties or allowed by the court for good cause shown, the parties shall be precluded from offering substantive evidence through any witness not so listed. The listing of a witness does not commit the listing party to have such witness available at trial or to call such witness to testify, but does preclude the listing party from objecting to the presentation of such witness' testimony by another party.

_____
UNITED STATES DISTRICT JUDGE


Agreed to by:

___s/ B. Scott Shipman___ __
B. Scott Shipman (ASB-8647-S82B)
**OF COUNSEL FOR PLAINTIFF:**
Shipman & Associates, P.C.
218 West Market Street
Athens, AL 35611
256-232-5262
shipman@shipmanlaw.org


____s/ John W. Sheffield_____
John W. Sheffield (ASB-7423-D62J)
**JOHN W. SHEFFIELD, LLC**
400 Union Hill Drive, Suite 350
Birmingham, AL 35209
613-7859
Fax: 327-3730
John.sheffield@outlook.com


____s/ Robert Evans Sanders___
Robert Evans Sanders (Miss. Bar #6446)
**YOUNG WELLS WILLIAMS P.A.**
141 Township Ave. Suite 300
PO Box 6005
Ridgeland, MS 39158-6005
601-948-6100
Fax: 601-355-6136
rsanders@youngwells.com