IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DISTRICT

| | |
|---|---|
| AMBERLY FORTENBERRY, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | Civil Action No. 5:17-cv-1608-HNJ |
| ) | |
| GENSTONE FOODS, LLC, ) | |
| ) | |
| DEFENDANT ) | |

ANSWER TO AMENDED COMPLAINT

Gemstone Foods, LLC, through counsel, responds to the amended Complaint [Dkt. 13] exhibited herein against it as follows:

I. First Defense

At all times relevant hereto, and in doing all things relevant hereto, the defendant has violated no requirements of the Equal Pay Act.

II. Second Defense

The plaintiff was never an employee of the defendant.

III. Third Defense

The defendant responds to the allegations in the Complaint by numbered paragraph as follows:

1. It is admitted that the action is brought under the Equal Pay Act, but liability under that Act or any other authority is denied.

2. Jurisdiction is admitted.

3. Venue is admitted.

4. On information and belief, admitted.

5. Admitted.

1

6. Denied as stated. RCF, LLC ("RCF") does not operate a poultry processing facility.

7. Admitted

8. It is admitted that the plaintiff worked for RCF. It is denied that the plaintiff worked for Gemstone Foods, LLC ("Gemstone").

9. Denied to the extent the paragraph alleges that the plaintiff worked for Gemstone. Gemstone cannot answer for RCF.

10. Denied to the extent paragraph suggests or alleges that the plaintiff held such a position with the defendant. Gemstone cannot answer for RCF.

11. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

12. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

13. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

14. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

15. Denied. Neither the plaintiff nor Jordan Scott was an employee of Gemstone. Gemstone cannot answer for RCF.

16. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

17. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

18. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

19. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

20. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

21. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

22. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

23. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

24. It is denied that Gemstone is subject to the Equal Pay Act. Gemstone cannot answer for RCF.

25. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

26. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

27. Denied. The plaintiff was never an employee of the defendant. The defendant has not violated the Equal Pay Act in any manner.

28. Denied to the extent paragraph suggests or alleges that the plaintiff was an employee of Gemstone. Gemstone cannot answer for RCF.

29. Denied. The plaintiff was never an employee of the defendant. The defendant has not violated the Equal Pay Act in any manner.

30. Denied. The plaintiff was never an employee of the defendant. The defendant has not violated the Equal Pay Act in any manner.

31. Denied. The plaintiff was never an employee of the defendant. The defendant has not violated the Equal Pay Act in any manner.

32. Denied. The plaintiff was never an employee of the defendant. The defendant has not violated the Equal Pay Act in any manner.

33. Denied. The plaintiff was never an employee of the defendant. The defendant has not violated the Equal Pay Act in any manner.

34. Gemstone denies that it has caused the plaintiff any damages or lost pay, and Gemstone denies that it is liable to the plaintiff for any of the relief sought in paragraph 34 or any relief whatsoever.

WHEREFORE, Gemstone Foods, LLC denies that the plaintiff is entitled to the relief sought by her Complaint and denies that she is entitled to any relief whatsoever.

Dated: November 20, 2017

Respectfully submitted,

GEMSTONE FOODS, LLC

by: ___s/ Robert E. Sanders_____
Robert E. Sanders, Miss. Bar #6446,
*Pro Hac Vice*

Young Wells Williams, P.A.
141 Township Ave., Suite 300
P.O. Box 6005
Ridgeland, MS  39158-6005
*telephone*   601.360.9013
*facsimile*   601.355.6136
<rsanders@youngwells.com>

and by: ___s/ John W. Sheffield_____
John W. Sheffield (asb-7423-d62j)

John W. Sheffield, LLC
One Chase Corporate Center
Suite 400
Birmingham, AL  35244
*telephone*   205.313.6494
*facsimile*    205.403.8892
<john.sheffield@outlook.com>

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's electronic filing system, copies of the foregoing on the following counsel of record herein:

> B. Scott Shipman
> Shipman & Associates, P.C.
> 218 West Market Street
> Athens, AL 35611

SO CERTIFIED, this 20th day of November, 2017.

                                                s/ Robert E. Sanders