FILED
2018 Mar-05  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DISTRICT

| | |
|---|---|
| AMBERLY FORTENBERRY,                 )<br>                                                             )<br>        PLAINTIFF                              )<br>                                                             )<br>vs.                                                       )<br>                                                             )<br>GEMSTONE FOODS, LLC and       )<br>RCF, LLC,                                         )<br>                                                             )<br>        DEFENDANTS                       ) | Civil Action No. 5:17-cv-1608-AKK |

<u>GEMSTONE, LLC'S NOTICE OF RESPONSES TO INTERROGATORIES</u>

Gemstone, LLC, through counsel, gives notice that it has, this date, served its responses to interrogatories to counsel to the plaintiff.  The undersigned will maintain the original of these responses in accordance with the rules of this Court.

Dated: March 5, 2018

Respectfully submitted,

GEMSTONE, LLC

by:   <u>  s/  Robert E. Sanders                </u>
Robert E. Sanders, Miss. Bar #6446,
*Pro Hac Vice*

Young Wells Williams, P.A.
141 Township Ave., Suite 300
P.O. Box 6005
Ridgeland, MS  39158-6005
*telephone*   601.360.9013
*facsimile*    601.355.6136
<rsanders@youngwells.com>

and by:   <u>  s/  John W. Sheffield                </u>
John W. Sheffield (asb-7423-d62j)

1

John W. Sheffield, LLC
One Chase Corporate Center
Suite 400
Birmingham, AL  35244
*telephone*   205.313.6494
*facsimile*   205.403.8892
<john.sheffield@outlook.com>

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's electronic filing system, copies of the foregoing on the following counsel of record herein:

>B. Scott Shipman
>Shipman & Associates, P.C.
>218 West Market Street
>Athens, AL  35611

SO CERTIFIED, this 5th day of March, 2018.

 s/ Robert E. Sanders            